IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HORACIO OLVERA, | § | |
| | § | |
| *Plaintiff,* | § | SA-19-CV-00199-ESC |
| | § | |
| vs. | § | |
| | § | |
| CELADON TRUCKING SERVICES, | § | |
| INC., MARNEKIA JOVONA CARTER, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER STAYING CASE

Before the Court is the above-styled cause of action. The record reflects that on December 16, 2019, the Court stayed all claims against Defendant Celadon Trucking Services, Inc. based on Celadon's filing for Chapter 11 bankruptcy. The parties subsequently informed the Court that they have agreed to a stay of all claims asserted against Defendant Marnekia Jovona Carter as well. Accordingly,

**IT IS HEREBY ORDERED** that this entire case is **STAYED** pending the resolution of the Chapter 11 bankruptcy proceeding.

**IT IS FURTHER ORDERED** that Defendants file quarterly status reports with the Court regarding the Chapter 11 bankruptcy proceeding, with the first report due on March 16, 2020. Additional reports should follow on June 16, 2020, September 16, 2020, and December 16, 2020.

SIGNED this 7th day of January, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE