IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HORACIO OLVERA, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00199-ESC |
| vs. | § § § | |
| CELADON TRUCKING SERVICES, INC., MARNEKIA JOVONA CARTER, | § § § § | |
| *Defendants.* | § § | |

## ORDER CANCELING TRIAL SETTING

Before the Court is the above-styled cause of action. The record reflects that on January 7, 2020, the Court stayed this case pending the resolution of Defendant Celadon Trucking Services, Inc.'s Chapter 11 bankruptcy proceeding. The Court will therefore cancel all trial settings, and this case will be reset on the trial docket as necessary after the bankruptcy is resolved and the stay is lifted.

**IT IS THEREFORE ORDERED** that the jury selection and trial set for May 18, 2020 at 9:30 a.m. and the final pretrial conference set for May 15, 2020 at 1:30 p.m. are hereby **CANCELED**.

SIGNED this 9th day of January, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1